EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

CONSTANCE A. HASSELL #3374
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Constance.Hassell@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 26 2003

at ___ o'clock and ___ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 03-00097 |
| Plaintiff, ) | INDICTMENT |
| ) | [21 U.S.C. 841(a)(1)] |
| VS. ) | |
| BRUCE MCKINNEY, ) | |
| Defendant. ) | |

### INDICTMENT

Count 1:

The Grand Jury charges that:

On or about February 19, 2003, in the District of Hawaii, defendant BRUCE MCKINNEY knowingly and intentionally manufactured marijuana, to wit: the cultivation of one hundred (100) or more marijuana plants, a Schedule I controlled substance,

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

DATED: Honolulu, Hawaii, February 26, 2003.

A TRUE BILL.

/s/

---
GRAND JURY FOREPERSON

EDWARD H. KUBO, JR.
United States Attorney

---
ELLIOT ENOKI
First Assistant U.S. Attorney

---
CONSTANCE A. HASSELL
Assistant U.S. Attorney

USA v. Bruce McKinney,
Cr. No. _____
"Indictment"